No. 125. GEORGE WELCH AND JACKOLINE WELCH *v.* WADDELL INVESTMENT COMPANY. Error to the Supreme Court of the State of Oklahoma. Submitted December 2,

1927. Decided December 5, 1927. *Per Curiam.* The writ of error is dismissed on the authority of § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction. *Jett Bros. Distilling Co.* v. *City of Carrollton,* 252 U. S. 1, 5, 6. Treating the writ of error as an application for certiorari, the certiorari is denied. *Mr. Wm. Neff* for plaintiffs in error. *Mr. B. A. Lewis* for defendant in error.